UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3479 CAS (PJWx) | Date | March 6, 2013 |
|---|---|---|---|
| Title | ZEDDRICK FITZGERALD WHITE V. DELOITTE & TOUCHE, LLP, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (In Chambers:) PLAINTIFF'S DECLARATION TO CONCEAL COURT DOCUMENTS (Docket #78, filed February 26, 2013)

    On February 26, 2013, plaintiff Zeddrick White filed an application to seal two declarations (Dkt. Nos 80, 81) filed in support of his oppositions to defendants' motions to dismiss his first amended complaint. Plaintiff argues that these documents should be sealed because he "would not like for these documents to be reviewed by the public." After reviewing plaintiff's application, the Court finds that plaintiff has not set out good cause to seal these documents. Consequently, plaintiff's motion to seal is DENIED WITHOUT PREJUDICE, subject to renewal if plaintiff makes a showing of good cause explaining why these declarations should be sealed.

    IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |